UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff
              v.                Criminal No. 03-78(SEC)
SAMUEL ARROYO
    Defendant

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket # 94**<br>**Request for Early Termination of Supervised Release Term** | **GRANTED**. Defendant Samuel Arroyo has filed a motion requesting early termination of his supervised release (Docket # 94). Defendant Arroyo's U.S. Probation Officer, Mr. Miguel Arroyo, has not opposed said motion and has expressed no objection to Defendant's petition. Therefore, since Defendant Arroyo has complied with his conditions of probation, the Court hereby **GRANTS** him the benefit of early termination of his probation term. |

DATE:  November 18, 2005

                                            S/ *Salvador E. Casellas*
                                            SALVADOR E. CASELLAS
                                            U.S. Senior District Judge